UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH L. BREAUX** | **CIVIL ACTION NO. 6:07-0910** |
| **VS.** | **JUDGE MELANÇON** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE HANNA** |

**J U D G M E N T**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly; it is

**ORDERED** that defendant's Motion to Dismiss [Rec. Doc. 6] is **GRANTED** and this matter is **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette,  Louisiana, on this 2nd day of February, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE